NO. 07-10-00479-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 26, 2011

_____

CHRIS ALLEN MCLAIN, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 242ND DISTRICT COURT OF HALE COUNTY;

NO. A18122-0908; HONORABLE EDWARD LEE SELF, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellant, Chris Allen McLain, filed Notice of Appeal to appeal a judgment of conviction for the offense of possession of a controlled substance entered after revocation of appellant's community supervision, and sentence of four years' incarceration. Appellant's appointed counsel filed an Anders brief and motion to withdraw. However, appellant has now filed a motion to dismiss his appeal.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a) and this Court has not delivered its decision prior to receiving it, the

motion is hereby granted and the appeal is dismissed.  Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue.


                                        Mackey K. Hancock
                                        Justice


Do not publish.